### GILTMAN v. BROOKLYN HEIGHTS R. CO.

(Supreme Court, Appellate Division, Second Department. December 30, 1908.)

Appeal from Trial Term, Kings County.
Action by Isidore Giltman against the Brooklyn Heights Railroad Company. Judgment for defendant, and plaintiff appeals. Reversed.
Argued before WOODWARD, JENKS, HOOKER, RICH, and MILLER, JJ.

David Tim, for appellant.
D. A. Marsh, for respondent.

PER CURIAM. Judgment and order reversed and new trial granted, costs to abide the event, on the authority of Clara Giltman v. Brooklyn Heights Railroad Company (decided herewith) 113 N. Y. Supp. 1046.